```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Harbour Capital Corporation**

    **v.**                                      Case No. 08-cv-506-PB

**Allied Capital Corporation**


**O R D E R**

The Amended Memorandum and Order attached hereto shall be substituted for the Memorandum and Order dated July 21, 2009 (Doc. No. 17) to correct a misstatement on page 21.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

July 22, 2009

cc:  William E. Christie, Esq.
      Steven M. Gordon, Esq.
      James F. Ogorchock, Esq.
      John Mark Turner, Esq.